AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES H. HUNTER,

    Plaintiff,

v.

SOTERA DEFENSE SOLUTIONS, INC., et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-292-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED 1.  The Plaintiff's motion to introduce newly discovered evidence, ECF No. 111, is GRATNED.  2.  The Defendants' motion to dismiss, ECF No. 93, is GRANTED.  3.  This above-captioned action is hereby DISMISSED WITHOUT PREJUDICE and without costs or fees being charged to any party.  4.  All other pending motions, if any, are hereby DENIED AS MOOT.  5.  JUDGMENT shall be entered for the Defendants.  File closed.

| | |
|---|---|
| September 14, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |